FILED

09 SEP -1 PM 12: 54

CLERK U S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF    **CV 09 80 223 MISC**

Linda Hwee - #246023

_____/

VRW

### ORDER TO SHOW CAUSE

It appearing that Linda Hwee has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Linda Hwee
Perkins Coie LLP
4 Embarcadero Center, Suite 2400
San Francisco, CA 94111